UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:11-cv-23964-LENARD/O'SULLIVAN

VICARIA THERAPY CENTER
a/a/o LIZELLE C. RODRIGUEZ,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on Aetna's Motion to Strike Expert Witness List and Prelude Expert Testimony (DE# 19, 7/26/12). On July 26, 2012, the defendant filed the instant motion. The plaintiff's response was due on August 13, 2012. Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(c) (emphasis added). To date, the plaintiff has not filed a response. Although the motion may be granted by default, the undersigned will consider the merits of the instant motion. Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that Aetna's Motion to Strike Expert Witness List and Preclude Expert Testimony (DE# 19, 7/26/12) is **GRANTED**. The experts listed on the Plaintiff's Expert Witness List (DE# 19-1, 7/26/12) are hereby **STRICKEN** and are

not permitted to testify at trial for failure to comply with FED. R. CIV. P. 26(a)(2).

DONE AND ORDERED, in Chambers, in Miami, Florida, this **15th** day of August, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All counsel of record